UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: THE MARKS LAW FIRM, P.C.

LUC BURBON AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED

Plaintiff(s)

Index # 1:21-CV-01676-KAM-RLM

- against -

Purchased May 19, 2021

EMBROIDERYDESIGNS.COM INC.

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 29, 2021 at 09:00 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET on EMBROIDERYDESIGNS.COM INC. therein named,

**SECRETARY OF STATE**  a Foreign corporation by delivering thereat one true copy to SUE ZOUKY, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 307 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 65 | 5'2 | 130 |

Sworn to me on: June 30, 2021

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

STEVEN C. AVERY

Invoice #: 766628

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045

| UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK | Attorney: THE MARKS LAW FIRM, P.C. |

LUC BURBON AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED

Plaintiff(s)

- against -

EMBROIDERYDESIGNS.COM INC.

Defendant(s)

Index # 1:21-CV-01676-KAM-RLM

Purchased May 19, 2021

Mail Date June 29, 2021

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 29, 2021 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET to EMBROIDERYDESIGNS.COM INC. at

C/O AARON J MASSIE
3400 DUNDEE RD., STE. 180
NORTHBROOK, IL

Copy was mailed REGISTERED MAIL-RETURN RECEIPT REQUESTED, RECEIPT #RF408370382US and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Also mailed a notice that the N. Y. Secretary of State was served with the legal documents herein described and tendered the statutory fee.

Sworn to me on: June 29, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | **CHRISTOPHER J. KLEIN** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1188546 |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 | Invoice #: 766628 |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County | |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 | |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

| | | |
|---|---|---|
| **Registered No.** RF408370382US | | **Date Stamp** 0005 78 JUN 29 2021 |
| Postage $ $2.20 | Extra Services & Fees (continued) | |
| Extra Services & Fees<br>☐ Registered Mail $ $12.90<br>☐ Return Receipt (hardcopy) $ $2.85<br>☐ Return Receipt (electronic) $ $0.00<br>☐ Restricted Delivery $ $0.00 | ☐ Signature Confirmation $<br>☐ Signature Confirmation Restricted Delivery $<br>**Total Postage & Fees** $ $17.95 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $0.00 $ | Received by 06/29/2021 | |

OFFICIAL USE

FROM:
NEW YORK, NY 10007
**UNITED PROCESS SERVICE, INC.**
225 BROADWAY, SUITE 440
NEW YORK, NY 10007

TO:
Embroiderydesigns.Com Inc.
C/o A Northbrook Mass 10062
3400 Dundee RD., Ste. 180
Northbrook, IL 60062

RETURN RECEIPT REQUESTED

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®